**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF NOVEMBER 17, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD78056 | In the Matter of The Care and Treatment of Norman Toler a/k/a Norman L. Toler, a/k/a Norman Lee Toler vs. State of Missouri |
| WD78144 | Bryan Lankford vs. Mid-Century Insurance Company |
| WD78209 | Leslie Swinney vs. James Nicholson |
| WD78252 | Cody Warden vs. Shelter Mutual Insurance Company |
| WD78347 | Keith Churchill vs. Tina Churchill |
| WD78526 | Mickie Shank et al. vs. Missouri National Education Association |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD78081 | State of Missouri vs. Cody Allen Ramsey |